IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
SANFORD LEONARD RYLES,      )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )        3:23cv526-MHT
                            )            (WO)
REGINALD LOGAN, et al.,     )
                            )
     Defendants.            )
```

ORDER

Upon consideration of the Alabama Department of Corrections's objection to the order of the United States Magistrate Judge (Doc. 9) requiring the defendants in this action to file a special report, it is ORDERED that the objection (Doc. 10) is overruled. The ADOC objects to the order "[t]o the extent that this Order requires a Special Report from ADOC." Objection (Doc. 10). The order requires all defendants in this case to file a special report. The case involves allegations of excessive force at the Russell County Jail. The ADOC is not a named defendant, so it

is not required to file a special report under the terms of the order.

The magistrate judge's order included a directive to serve the general counsel of the ADOC with a copy of the order and the complaint, but this provision was included inadvertently.

Accordingly, the clerk of court is DIRECTED to terminate the Alabama Department of Corrections as a participant in this matter.

DONE, this the 19th day of December, 2023.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE

2