IN DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SANFORD LEONARD RYLES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REGINALD LOGAN, et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. <br> 3:23cv526-MHT <br> (WO) |

ORDER

Before the court is plaintiff's motion for preliminary injunction.  Plaintiff, an individual incarcerated at the North Alabama Community Based Facility in Decatur, Alabama, challenges the legality of alleged actions by multiple Alabama Department of Corrections employees in depriving him--and the other incarcerated individuals at this facility--from adequate access to the facility's law library.  Having reviewed plaintiff's motion and the attached documents, the court finds plaintiff's motion should be denied.

The decision whether to grant a preliminary injunction is within the sound discretion of the district court. See *Palmer v. Braun*, 287 F.3d 1325, 1329 (11th Cir. 2002). The court may grant a preliminary injunction only if plaintiff demonstrates each of the following prerequisites: (1) a substantial likelihood of success on the merits of the complaint; (2) irreparable injury will occur absent issuance of the injunction; (3) the threatened injury outweighs the potential damage the requested injunction may cause the nonmoving parties; and (4) the injunction would not be adverse to the public interest. See *id*.

Here, plaintiff has not met his burden of demonstrating the four prerequisites for a preliminary injunction. He has not shown a substantial likelihood of success on the merits. He has also not demonstrated that irreparable injury will occur, or that the injury outweighs possible harm to the nonmoving parties. Moreover, it is not clear what the relief sought by plaintiff in his motion would entail, or whether issuing

a preliminary injunction would not be adverse to the public interest.  Therefore, the motion for preliminary injunction will be denied.

***

Accordingly, it is ORDERED that:

(1) The motion for preliminary injunction (Doc. 29) is denied.

(2) This case is referred to the United States Magistrate Judge for additional proceedings.

DONE, this the 3rd day of September, 2025.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE